UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

FILED Oct 13 1992
William F. Clayton
CLERK

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

EUGENE J. LODERMEIER and,
MERYLE E. LODERMEIER,

  Plaintiff,

 -vs-

SIOUX FALLS POLICE DEPARTMENT;
CITY OF SIOUX FALLS; STATE OF
SOUTH DAKOTA; ROGER TELLING-
HUISEN; MARK BARNETT;
DIANE BEST; COUNTY OF
MINNEHAHA; RICHARD HURD;
DAVID NELSON; JAMES IOSTY;
LANCE MATTSON, RICHARD SIEVERT;
RUSSELL PRINCE; GERALD
FOLKERTS; CARL EDMUNDS; TERRY
SATTERLEE; RANDALL FLOOD;
DEAN JOHNSON; KELO-TV;
KDLT-TV; KSFY-TV;
SIOUX FALLS ARGUS LEADER;
JANET LIVELY;
STEVE ERPENBACH; TODD
NELSON; VALERIE ARMSTRONG;
et al. in their individual
and official capacities

CIV91-4148

SUMMARY JUDGMENT
FOR DEFENDANTS

page 239

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

  The above-entitled matter having come on before the Court and the Court having entered its Memorandum Opinion and Order in this matter it is hereby

  ORDERED, ADJUDGED AND DECREED that the Motion for Summary Judgment made by defendants State of South Dakota, Roger Tellinghuisen, Mark Barnett and Diane Best be and the same is hereby granted, and it is further

Lodermeier vs Sioux Falls Police, et al
Page 2
CIV91-4148

ORDERED, ADJUDGED AND DECREED that the Motion to Dismiss made by defendants Minnehaha County, David Nelson, James Iosty, being treated by the Court as a Motion for Summary Judgment, be and the same is hereby granted, and it is further

ORDERED, ADJUDGED AND DECREED that the Motion to Dismiss of defendants City of Sioux Falls, Sioux Falls Police Department, Russell Prince, Gerald Folkerts, Carl Edmunds, Terry Satterlee, Richard Seivert and Lance Mattson, being treated by the Court as a Motion for Summary Judgment, be and the same is hereby granted, and it is further

ORDERED, ADJUDGED AND DECREED that the Motion for Summary Judgment made by defendant Richard Hurd be and the same is hereby granted, and it is further

ORDERED, ADJUDGED AND DECREED that Motion for Summary Judgment made by defendant Dean Johnson be and the same is hereby granted, and it is further

ORDERED, ADJUDGED AND DECREED that plaintiffs' complaint against defendant Randall Flood be and the same is hereby dismissed *sua sponte,* and it is further

ORDERED, ADJUDGED AND DECREED that judgment is hereby entered for all defendants and against plaintiffs on all of the issues under plaintiffs' complaint.

Dated this 13th day of October, 1992.

WILLIAM F. CLAYTON, Clerk
United States District Court